# Court of Appeals
# of the State of Georgia

ATLANTA,   June 19, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1994.  NEIL TRUTT v. THE STATE.**

Neil Trutt was convicted of drug crimes and sentenced to probation.  The trial court later revoked his probation and sentenced him to imprisonment.  Trutt filed motions to vacate an allegedly void sentence, arguing that the trial court had not been authorized to revoke more than two years of his probation.  The trial court denied the motions, and this direct appeal followed.

Because the underlying subject matter of Trutt's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).  His failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider this appeal, which is therefore *DISMISSED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/19/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*